## 34709. CRIM v. SORROW et al.

NICHOLS, Chief Justice.

This is an appeal from the denial of a temporary injunction to stop the foreclosure and sale of real property under a security deed. The grantees in the security deed bid the property in at the foreclosure sale.

The appellees have filed a motion to dismiss on the ground of mootness. The appellant failed to seek a supersedeas. The sale was completed on January 2, 1979. This *appeal* is moot (*Howard v. Smith,* 226 Ga. 850 (178 SE2d 159) (1970); *Cotton v. First Nat. Bank of Gwinnett County,* 235 Ga. 511 (220 SE2d 132) (1975)), although the *case* itself would not be moot. *Faulkner v. Ga. Power Co.,* 241 Ga. 618 (247 SE2d 80) (1978).

*Appeal dismissed. All the Justices concur.*

SUBMITTED MARCH 16, 1979 — DECIDED APRIL 5, 1979.

*Lee Payne, John B. Degonia,* for appellant.
*Ballard, Ozburn & Stephenson, W. D. Ballard, Samuel D. Ozburn,* for appellees.